UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRAGRANCE HOLDINGS LIMITED,

                Plaintiff,

    -against-

KINTESSENCE LLC,

                Defendant.
------------------------------------------------------------------X

23-CV-5805 (LAK) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       Plaintiff Fragrance Holdings Limited commenced this action on July 6, 2023. See ECF No. 1. An Affidavit of Service for the summons and complaint was filed on July 19, 2023. ECF No. 9. To date, Defendant has not answered the complaint or otherwise appeared in this action. Plaintiff has taken no actions to prosecute this case. Plaintiff is directed to obtain a certificate of default and file a motion for default judgment by **Wednesday, November 15, 2023**, or show cause as to why the case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41. Failure of Plaintiff to to respond by November 15 may result in the Court recommending dismissal without prejudice of this case under Rule 41.

       SO ORDERED.

DATED:    New York, New York
               October 3, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge